UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL ABELMAN, and <br> VALERIE R. NUTTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COLGATE-PALMOLIVE COMPANY, and <br> COLGATE-PALMOLIVE COMPANY <br> EMPLOYEES' RETIREMENT INCOME <br> PLAN, et al., <br><br> Defendants. | Cause No. 08-cv-3317 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Ellen E. Boshkoff and Philip J. Gutwein II, of the law firm of Baker & Daniels LLP, hereby respectfully move the Court for leave to withdraw their appearances in this action on behalf of Defendants Colgate-Palmolive Company, Colgate-Palmolive Company Employees' Retirement Income Plan, and the Employee Relations Committee for the reasons that (i) the case has been transferred from the Southern District of Indiana, (ii) they were local counsel for the Defendants when the case was in the Southern District of Indiana, and (iii) Joseph J. Costello, Jeremy P. Blumenfeld, and Theresa J. Chung, of the law firm of Morgan Lewis & Bockius LLP, have assumed the complete defense of the Defendants in the Southern District of New York.

BAKER & DANIELS LLP

By: /s/ Ellen E. Boshkoff
Ellen E. Boshkoff
Philip J. Gutwein II
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0100
Fax:  (317) 237-1000

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Joseph J. Costello
> Jeremy P. Blumenfeld
> Theresa J. Chung
> 1701 Market Street
> Philadelphia, PA  19103

> Douglas R. Sprong
> Diane Moore Heitman
> Korein Tillery LLC
> 505 N. Seventh Street
> Suite 3600
> St. Louis, MO  63101

> T. J. Smith
> Law Office of T.J. Smith
> 600 W. Main Street
> Suite 200
> Louisville, KY  40202

> William K. Carr
> Law Offices of William K. Carr
> 2222 E. Tennessee Ave.
> Denver, CO  80209

> Eli Gottesdiener
> Gottesdiener Law Firm, PLLC
> 498 Seventh Street
> Brooklyn, New York  11215

I hereby certify that on April 15, 2008, a copy of the foregoing was served upon the following, by first-class United States mail, postage prepaid:

> William Henry Blessing
> 119 East Court Street, Suite 500
> Cincinnati, Ohio  45202

s/ Ellen E. Boshkoff