UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAUL ABELMAN, ET AL.,                         :

        Plaintiffs,                              :

        -against-                                :       ORDER

COLGATE-PALMOLIVE CO., ET AL.,                :       08 Civ. 3317 (BSJ)(KNF)

        Defendants.                              :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A status conference will be held in the above-captioned action on May 27, 2008, at 3:00 p.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York          SO ORDERED:
      May 14, 2008

                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/08