**MEMO ENDORSED**

**SBTK**

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Attorneys at Law

280 King of Prussia Road • Radnor, Pennsylvania 19087
(610) 667-7706 • Fax: (610) 667-7056
www.sbtklaw.com

RECEIVED
MAY 21 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08

Writer's Direct Dial: (610) 822-0242
E-Mail: eciolko@sbtklaw.com

May 21, 2008

**VIA FACSIMILE**
The Honorable Kevin Nathaniel Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Proesel, et al. v. Colgate-Palmolive C., et al.*, No. 07-9515 ("*Proesel*")
*Caufield v. Colgate-Palmolive Co., et al.*, No. 08-03316 ("*Caufield*")
*Abelman, et al. v. Colgate-Palmolive Co., et al.*, No. 08-03317 ("*Abelman*")

Dear Judge Fox:

The undersigned represent the Plaintiffs in the *Proesel* case referenced above. We write with respect to the above-referenced cases which have been referred to your Honor for general pre-trial purposes by order of the Honorable Barbara Jones. Each of the cases contain similar allegations and are brought pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") against overlapping defendants. Currently, two of the cases, *Abelman* and *Proesel* are scheduled for a pretrial conference on May 27, 2008 at 3:00 p.m. and 3:30 p.m., respectively. *Caufield* has not yet been scheduled for a pre-trial conference.

Because of the substantial similarities of all three cases, Plaintiffs in all three cases intend to jointly file a motion to consolidate the cases within the next seven days in order to facilitate efficient management. As such, the *Proesel* Plaintiffs propose that the upcoming pre-trial conferences, in the *Proesel* and *Abelman* cases, be adjourned until a decision on Plaintiffs' motion to consolidate the three cases. The undersigned held a telephonic conference with defense counsel today and they are

5/22/08
Application granted. The parties shall advise the Court expeditiously of the decision on the contemplated motion to consolidate. SO ORDERED;
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, USMJ

The Honorable Kevin Nathaniel Fox
May 21, 2008
Page 2 of 2

not opposed to this request. Plaintiffs' counsel in *Caufield* and *Abelman* join with the undersigned in making this request. Thank you.

Respectfully,

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

By: _____
Edward W. Ciolko

Edgar Pauk
LAW OFFICES OF EDGAR PAUK

*Counsel for Proesel Plaintiffs*

cc:   Eli Gottesdiener (*via electronic mail*)
      Jeremy Blumenfeld (*via electronic mail*)
      Douglas Sprong (*via electronic mail*)