SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

PAUL ABELMAN, et al.,

        Plaintiff,

- against -

COLGATE-PALMOLIVE COMPANY, et al.,

        Defendant.

Civil Action No. 08 Civ. 3317 (BSJ)

~~MOTION~~ ORDER TO ADMIT COUNSEL

PRO HAC VICE

Upon the motion of Theresa J. Chung, attorney for the Defendants Colgate-Palmolive Company, Colgate-Palmolive Company Employees' Retirement Income Plan, and ERC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Jeremy P. Blumenfeld

    Firm Name:    Morgan, Lewis & Bockius LLP

    Address:    1701 Market Street

    City/State/Zip:    Philadelphia, PA 19103-2921

    Phone/Fax:    (215) 963-5000/(215) 963-5001

    Email Address:    jblumenfeld@morganlewis.com

and

    Applicant's Name:    Joseph J. Costello

    Firm Name:    Morgan, Lewis & Bockius LLP

    Address:    1701 Market Street

    City/State/Zip:    Philadelphia, PA 19103-2921

    Phone/Fax:    (215) 963-5000/(215) 963-5001



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/08

DB1/61990364.1

Email Address:        jcostello@morganlewis.com

are admitted to practice pro hac vice as counsel for Defendants Colgate-Palmolive Company, Colgate-Palmolive Company Employees' Retirement Income Plan, and ERC in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 25, 2008

City, State:   New York, New York

_____
United States District/Magistrate Judge

DB1/61990364.1